IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. KOPAC , | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-355E |
| | : Judge Sean J. McLaughlin |
| JOSEPH DEUSUTA, et al., | : Mag. Judge Susan Paradise Baxter |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

AND NOW, comes the defendants, Joseph F. Desuta, The Attorney General for the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1.    Please enter the appearance of Mary Lynch Friedline, Senior Deputy Attorney General, for defendants Joseph F. Desuta, The Attorney General for the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole, in the above captioned case.

                       Respectfully submitted:

                       Thomas W. Corbett, Jr.
                       Attorney General

By:    /s/ Mary Lynch Friedline
        MARY LYNCH FRIEDLINE
        Senior Deputy Attorney General
        Attorney I.D. No. 47046
        Susan J. Forney
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

David B. Kopac, AP-4900
SCI-Rockview
P.O. Box A
Bellefonte, PA 16823

                                            By:    /s/ Mary Lynch Friedline
                                                          MARY LYNCH FRIEDLINE
                                                          Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219