IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. KOPAC , | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-355E |
| | : Judge Sean J. McLaughlin |
| JOSEPH DEUSUTA, et al., | : Mag. Judge Susan Paradise Baxter |
| | : |
| Defendants. | : |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, comes the defendants, Joseph F. Desuta, The Attorney General for the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1. Please withdraw the appearance of Robert S. Englesberg, Senior Deputy Attorney General and in the above-captioned case.

        Respectfully submitted:

        Thomas W. Corbett, Jr.
        Attorney General

By:    /s/ Mary Lynch Friedline
        MARY LYNCH FRIEDLINE
        Senior Deputy Attorney General
        Attorney I.D. No. 47046
        Susan J. Forney
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219