IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID B. KOPAC**, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-355E |
| | : Judge Sean J. McLaughlin |
| **JOSEPH DEUSUTA, et al.,** | : Mag. Judge Susan Paradise Baxter |
| | : |
| Defendants. | : |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing motion, it is hereby ORDERED that the withdrawal of appearance of Robert S. Englesberg, Senior Deputy Attorney General, in the above-captioned case is GRANTED.


BY THE COURT:


_____
SUSAN PARADISE BAXTER
United States Magistrate Judge